[No. 8448-5-III.   Division Three.   January 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
WALTER POCKERT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-1-01046-8, William G. Luscher, J., entered February 26, 1987. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J. Now published at 53 Wn. App. 491.

[No. 8586-4-III.   Division Three.   January 10, 1989.]

THE FEDERAL LAND BANK OF SPOKANE, *Respondent,* v.
LEROY JOE MURRAY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whitman County, No. 86-2-00192-0, Gordon Swyter, J., entered April 30, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green, J., and Day, J. Pro Tem.

[No. 10785-6-II.   Division Two.   January 11, 1989.]

ANNA MOON, *Individually and as Guardian, Appellant,* v.
CHARLES J. STIGAL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86-2-00238-6, Grant S. Meiner, J., entered February 27, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, J., and Petrie, J. Pro Tem.